9 F.3d 1545
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
UNITED STATES of America, Plaintiff-Appellee,
v.
Carl Allen WARMACK, Defendant-Appellant.
 No. 93-6792.
 United States Court of Appeals,
Fourth Circuit.
 Submitted: October 19, 1993.
Decided: November 12, 1993.
 
 Appeal from the United States District Court for the Western District of Virginia, at Roanoke.
 Carl Allen Warmack, Appellant Pro Se.
 Thomas Jack Bondurant, Jr., Assistant United States Attorney, Roanoke, Virginia, for Appellee.
 W.D.Va.
 AFFIRMED.
 Before PHILLIPS, MURNAGHAN, and NIEMEYER, Circuit Judges.
 PER CURIAM:
 
 OPINION
 
 1
 Appellant appeals from the district court's order denying his 28 U.S.C. § 2255 (1988) motion. Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court.* United States v. Warmack, Nos. CR-86-28-R; CA-92-775-R (W.D. Va. June 28, 1993). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 AFFIRMED
 
 
 *
 We deny Warmack's "motion for stay or remand."